William Solomon Lewis
73998279
U.S.P. Cannan
P.O. Box 300
3057 Easton Turnpike
Waymart, PA 18472

December 22, 2014

Texas Criminal Court of Appeals
Clerk of the Court
P.O. Box 12308
Capital Station
Austin, Texas 78711

Re: PD - 0369 - 14

Dear Clerk of the Court

    I am writing to request that you please provide me with a copy of the Court's Memorandum and Order of the above named Pro se Petition for Discretionary Review dated December 17, 2014 at the above listed address.

    Thank you very much for your assistance in this matter.

Sincerely,

William Lewis

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 30 2014

Abel Acosta, Clerk